W. Stanley Brown and Daniel E. Finn, Jr., Appellants, v. Charles Simonton McCain, as President of Dillon, Read & Co., a New York Joint Stock Association, Respondent.— Judgment and orders unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon; Dore, Cohn and Callahan, JJ.

Ethel H. Terrell, Respondent, v. Alfred Terrell, Appellant.— Judgment and order, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of George N. Hellers, Petitioner, against John H. Delaney, Chairman, and Others, Commissioners of the Board of Transportation of the City of New York, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

The People of the State of New York, Respondent, v. William Hershfield, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Jacob Slade and Leo Slade, d/b Jacob Slade & Son, Respondents, v. Jacob Streiner and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendants to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Rubel Corporation, Respondent, v. Frank Tursellino & Co., Inc., Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.; Callahan, J., dissents on the ground that the action being one by a vendee for specific performance of an agreement to sell all the real and personal property of a corporate vendor the plaintiff is required to allege in its complaint that the consent required under section 20 of the Stock Corporation Law had been secured.

In the Matter of the Application of James Griesi, Petitioner, for an Order Pursuant to Article 78 of the Civil Practice Act, against William F. Carey, as Commissioner of the Department of Sanitation of the City of New York, and Others, Respondents.— Determination unanimously confirmed, with fifty dollars costs and disbursements to the respondents. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Ferdinand Voteur, Appellant, v. Columbia Pictures Corporation, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

Frances Collinwood and George Collinwood, Appellants, v. All American Bus Lines, Inc., and Another, Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.